RECEIVED
IN LAKE CHARLES, LA
MAY 19 2010
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| LEVANDER JOHN HURSEY | : | CIVIL ACTION NO. 09-1705 SECTION P |
| VS. | : | JUDGE MINALDI |
| CALCASIEU PARISH SHERIFF'S OFFICE, ET AL. | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

ORDERED that the plaintiff's civil rights complaint be **DENIED AND DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim upon which relief can be granted in accordance with 28 U.S.C.1915A(b)(1) and 28 U.S.C. § 1915(e)(2)(B).

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 15 day of May, 2010.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE